UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　 )
　　　　Plaintiff,　　　　　　　 )　　Case No. _Mg. 07 00292 EFB_
　　　　　　　　　　　　　　　 )
　　v.　　　　　　　　　　　　　 )　　RELEASE ORDER NO. _____
_Erik Cedeholm_ 　　　　　　　　 )
　　　　　　　　　　　　　　　 )　　ORDER FOR RELEASE OF
　　　　Defendant.　　　　　　　 )　　PERSON IN CUSTODY

TO:　UNITED STATES MARSHAL:

　　　This is to authorize and direct you to release _Erik Cedeholm_
_____, Case No. _2.07MJ00292-EFB_,
Charge _21 USC Sec. 841(a)(1)_ ,

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

　　　_____ Release on Personal Recognizance

　　　_____ Bail posted in the sum of $_____

　　　__✓__ Unsecured Appearance Bond

　　　_____ Appearance Bond with 10% Deposit

　　　_____ Appearance Bond with Surety

　　　_____ Corporate Surety Bail Bond

　　　__✓__ (Other) _Pretrial Conditions as set out in_
　　　　　　　　　　_the pretrial Report_

　　　This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

　　　　Issued at _Sacramento, CA._ on _9/14_,

_2007_ at _2:30_ a.m./p.m.

By _____
United States District Judge or
United States Magistrate