1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   ERIK CEDERHOLM

8              IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,   )   No. CR-S-07-438 GEB
12                             )
                               )   SECOND AMENDED
13              Plaintiff,     )   STIPULATION AND
                               )   PROPOSED ORDER
14      v.                     )   CONTINUING STATUS
                               )   CONFERENCE
15 ERIK CEDERHOLM,             )
                               )   Date: November 2, 2007
16              Defendant,     )   Time: 9:00 a.m.
                               )   Judge: Garland E. Burrell, Jr.
17 _____)

18      It is hereby stipulated and agreed to between, Erik Cederholm, by and through counsel,

19 Dwight M. Samuel, Attorney at Law and United States of America, by and through Michael M.

20 Beckwith, Assistant United States Attorney, that the status conference presently set for

21 November 2, 2007 be vacated and rescheduled for a status conference on November 30, 2007, at

22 9:00 a.m.

23      It is further stipulated that the period from November 2, 2007, through and including

24 November 30, 2007 be excluded in computing the time within which trial must commence under

25 the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for

26 continuity and preparation of counsel.

1 | Respectfully submitted,

3 | Dated: October 31, 2007

           /s/ Dwight M. Samuel
           DWIGHT M. SAMUEL
           Attorney at Law
           Attorney for Defendant

6 | Dated: October 31, 2007

           /s/ Michael M. Beckwith
           Michael M. Beckwith
           Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   November 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge