DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
ERIK CEDERHOLM

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIK CEDERHOLM, ) <br> ) <br> Defendant, ) <br> _____ ) | No. CR-S-07-438 GEB <br><br> STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE <br><br> Date: November 30, 2007 <br> Time: 9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between, Erik Cederholm, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Michael M. Beckwith, Assistant United States Attorney, that the status conference presently set for November 30, 2007 be vacated and rescheduled for a status conference on December 7, 2007, at 9:00 a.m.

It is further stipulated that the period from November 30, 2007, through and including December 7, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: November 27, 2007

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney at Law
Attorney for Defendant

Dated: November 27, 2007

/s/ Michael M. Beckwith
Michael M. Beckwith
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: November 28, 2007

GARLAND E. BURRELL, JR.
United States District Judge